UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANNY NORRIS,<br>    Plaintiff,<br><br>v.<br><br>A& S BUILDING SYSTEMS, INC.,<br>    Defendant. | No. 3:05-CV-161<br>(Phillips) |

### ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 11] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on September 2, 2005, is hereby **ACCEPTED IN WHOLE** whereby plaintiff's motion to remand this case to state court [Doc. 2] is **GRANTED.** Accordingly, this action is **REMANDED** to the Circuit Court for Campbell County, Tennessee.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge